# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re:                                              :
                                                    :
LISA MICHELLE BILHEIMER,                             :  Case No: 23-31857
                                                    :  Chapter 13
                                                    :
            Debtor.                                 :

## CERTIFICATION BY DEBTOR UNDER LOCAL RULE 3002.1-1

In accordance with Local Bankruptcy Rule 3002.1-1, the undersigned Debtor certifies that she is current on her post-petition contractual installment payments on their principal residence where the automatic stay has been neither terminated nor annulled.

Signed:

/s/ _____Lisa Bilheimer_____
Debtor

### Attorney's Certification

I certify that I am counsel of record for the debtor, and that I am filing a copy of this document with the Court and with the Chapter 13 Trustee on this 16th day of July, 2025.

/s/ James H. Wilson, Jr.
Attorney for Debtors

James H. Wilson, Jr., VSB No: 27878
Counsel for Debtor
4860 Cox Road, Suite 200
Glen Allen, VA  23060
(804) 740-6464